IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| DEBORAH LAUFER,<br><br>    Plaintiff,<br><br>v.<br><br>JANKIJUHI INC.,<br><br>    Defendant. | CIVIL ACTION FILE<br>NO. 2:20-CV-0296-SCJ |

## O R D E R

Counsel for Plaintiff having filed Notice [Doc. 6] informing the Court that the parties to this matter have reached a settlement in principal, but it appearing that documentation of the settlement has not yet been concluded, it is therefore **ORDERED** that this action be **DISMISSED** without prejudice to the right, upon good cause shown within sixty (60) days to reopen the action if settlement is not consummated. The Clerk is **DIRECTED** to **ADMINISTRATIVELY TERMINATE** this action. If this matter is not reopened by the parties within sixty (60) days it will be deemed to have been dismissed with prejudice.

**IT IS SO ORDERED**, this 11th day of January, 2021.

                                          s/Steve C. Jones
                                          STEVE C. JONES
                                          UNITED STATES DISTRICT JUDGE